# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EULALIA SALDANA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-1956-Orl-DAB**

**BIG LOTS STORES, INC.,**

        **Defendant.**
_____/

## ORDER

This cause came on for consideration at hearing on the following motions filed herein:

> **MOTION:** **AMENDED MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF (Doc. No. 28)**
>
> **FILED:** January 15, 2008
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

As explained to Plaintiff at the hearing, unless and until substitute counsel appears on her behalf, Plaintiff shall be **personally responsible** for the prosecution of her case, including compliance with the federal and local rules and meeting any and all case management deadlines. The Clerk and defense counsel are **directed** to note Plaintiff's contact information:

    Eulalia Saldana
    6262 Yorktown Dr.
    Orlando, FL 32807
    (407) 384-9621

Plaintiff is advised that she is **personally responsible** for assuring that the Clerk of the Court has her current address and telephone number, should the above information change.

In view of Plaintiff's desire to seek substitute counsel, the trial in this matter is **CONTINUED**.

The following deadlines shall now apply:

| | |
|---|---|
| **Final Pretrial Conference** - Courtroom 6D | April 3, 2008 at 10:00 a.m. |
| **TRIAL (3 day - jury)** | April 21, 2008 |

**MOTION:** MOTION IN LIMINE (Doc. No. 22)

**FILED:** December 21, 2007

_____

**THEREON** it is **ORDERED** that the motion is **DENIED** to the extent not moot. As set forth at hearing, to the extent defense counsel has located Mr. Colon, the parties are free to depose the witness.

**MOTION:** **PLAINTIFF'S MOTION IN LIMINE (Doc. No. 23)**

**FILED:** December 21, 2007

_____

**THEREON** it is **ORDERED** that the motion is **DENIED** to the extent not moot.

**DONE** and **ORDERED** in Orlando, Florida on January 22, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties-Eulalia Saldana

**PLEASE NOTE**: **Photo I.D.** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.